# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No.: 3:23-cv-01133-JO-KSC<br><br>[PROPOSED] ORDER ON JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a) |

Based upon the Joint Motion to Dismiss by the parties, and for good cause shown, the Court **hereby ORDERS this entire action be dismissed, with prejudice,** pursuant to F.R.C.P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: 10/6, 2023         By: _____
　　　　　　　　　　　　　　　　Hon. Jinsook Ohta